Darcy E. **HARRIS, Respondent,**

v.

David **STICKELBER d/b/a Hampton Place Apartments and Hampton Place Apartments, Appellant.**

Nos. WD 57798, WD 57807.

Missouri Court of Appeals, Western District.

June 29, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2001.

Michael W. Shunk, Overland Park, KS for appellant.

Dana P. Niceswanger, Overland Park, KS for respondent.

Before THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and RONALD R. HOLLIGER, Judges.

### ORDER

PER CURIAM:

Appellant Hampton Place Apartments appeals the trial court's judgment granting

noted that "driving records are relied on for various purposes and are expected to be accurate." *Id.* at 603.

Respondent Darcy E. Harris' Motion for New Trial. After a thorough review of the record, we find that the trial court did not abuse its discretion, no error of law appears, and that an opinion would have no precedential value.

Affirmed. Rule 84.16(b).